WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:	(559) 435-9800
Facsimile:	(559) 435-9868
E-mail:	rileywalter@W2LG.com

Attorneys for Pandol Brothers, Inc. and Ranch 50, LLC

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMES ALAN PANDOL,<br><br>　　　Debtor.<br><br>JAMES ALAN PANDOL,<br><br>　　　Appellant,<br><br>v.<br><br>Pandol Bros, Inc.; Ranch 50, LLC; M. Nelson Enmark,<br><br>　　　Appellees. | District Court Case No.<br>No. 1:10-CV-02190-AWI<br><br>**STIPULATION FOR DISMISSAL OF APPEAL AND ORDER** |

　　　IT IS HEREBY STIPULATED and agreed by and between Phillip W. Gillet, Jr., Appellant, and Pandol Bros, Inc. and Ranch 50, LLC, Appellees, as follows:

　　　1.　　Phillip W. Gillet, Jr. is the Appellant in this Appeal.

　　　2.　　The parties hereto agree and stipulate that the subject Appeal shall be dismissed with each party to bear its own fees, costs and expenses in connection with the Appeal.

///

3. The parties stipulate to entry of an Order dismissing the Appeal.

IT IS SO AGREED.

Dated: January 12, 2011

/s/ Phillip W. Gillet, Jr.

By: _____
Phillip W. Gillet, Jr.
Appellant

Dated:  January 12, 2011

WALTER & WILHELM LAW GROUP,
a Professional Corporation

/s/ Riley C. Walter

By: _____
Riley C. Walter,
Attorneys for Appellees

**ORDER**

IT IS SO ORDERED.

Dated:   January 19, 2011    _____
CHIEF UNITED STATES DISTRICT JUDGE